**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 10, 2023**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **GRAND JURY ORIGINAL** |
| **CEDAE HARDY,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 371** |
| **Defendant.** | : | **(Conspiracy to Commit Carjacking)** |
| | : | **18 U.S.C. § 2119** |
| | : | **(Carjacking)** |
| | : | **18 U.S.C. § 924(c)(1)(A)(ii)** |
| | : | **(Using, Carrying, Possessing, and Brandishing a Firearm in Furtherance of a Crime of Violence or Drug Trafficking Offense)** |
| | : | **18 U.S.C. § 2314** |
| | : | **(Transportation of Stolen Goods Across State Lines)** |
| | : | **18 U.S.C. § 2313** |
| | : | **(Sale or Receipt of a Stolen Vehicle)** |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d) and § 981(a)(1)(C); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)** |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Beginning on or about April 5, 2023 and continuing through at least on or about May 17, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree with each other to commit the offense of

Carjacking, in violation of Title 18, United States Code, Section 2119, by knowingly taking motor vehicles that had been transported, shipped, and received in interstate and foreign commerce, from the person or presence of the drivers of those vehicles, by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

**Goal of the Conspiracy**

It was the goal of the conspiracy that the conspirators would acquire vehicles from the District of Columbia and Maryland, by way of carjacking, to then sell to third parties in the District of Columbia for profit.

**The Manner and Means Used to Achieve the Objectives of the Conspiracy**

The manner and means by which this conspiracy was carried out included the following:

1. It was part of the conspiracy that **CEDAE HARDY** would travel to various parts of the District of Columbia and Maryland to identify a vehicle that he wanted to carjack.

2. It was further part of the conspiracy that **CEDAE HARDY** would approach the driver of an identified vehicle, brandish a firearm, order the driver to exit the vehicle, and take the driver's car keys and cell phone.

3. It was further part of the conspiracy that **CEDAE HARDY** would then drive the carjacked vehicle to the adjoining garage to the apartment complex located at 1326 Florida Avenue, Northeast, Washington, D.C. (the "Florida Avenue Garage").

4. It was further part of the conspiracy that one of the co-conspirators would meet **CEDAE HARDY** at the Florida Avenue Garage and open the garage door.

5. It was further part of the conspiracy that **CEDAE HARDY** or one of the co-conspirators would park the carjacked vehicle in the Florida Avenue Garage.

6. It was further part of the conspiracy that a co-conspirator would reach out to potential buyers to sell the carjacked vehicle.

7. It was further part of the conspiracy that a co-conspirator would arrange a time to meet a buyer at a location, usually the Florida Avenue Garage, to complete the sale.

8. It was further part of the conspiracy that a co-conspirator would sell the carjacked vehicle.

9. It was further part of the conspiracy that the co-conspirators would split the proceeds of the sale of the carjacked vehicles.

**Overt Acts in Furtherance of the Conspiracy**

In furtherance of the conspiracy, and to effect the objects thereof, the co-conspirators and others, both known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia and elsewhere.

1. On April 5, 2023, **CO-CONSPIRATOR 1** sent **CEDAE HARDY** a text message stating, "Yo Ion want no Kia or nun."

2. On April 7, 2023, at approximately 10:30 a.m. **CO-CONSPIRATOR 1** and **CEDAE HARDY** exchanged text messages and calls with each other. Approximately, forty-five minutes later, K.T. was in front of 4203 Jenifer Street, Northwest, Washington, D.C. K.T. was removing items from the trunk of K.T.'s black 2017 BMW 7 Series with Virginia license plate TWV8104, when he was approached by **CEDAE HARDY**. **CEDAE HARDY** brandished a firearm, pointed it at K.T.'s stomach, and demanded K.T.'s keys and cell phone. K.T. complied and **CEDAE HARDY** entered the driver's seat of K.T.'s BMW and drove away.

3. Minutes later, at 11:21 a.m., **CEDAE HARDY** sent a text message to **CO-CONSPIRATOR 1**, stating, "Send the lo." **CO-CONSPIRATOR 1** responded, "1326 Florida ave ne," and **CEDAE HARDY** responded, "Omw."

4. Approximately 43 minutes later, at 12:04 p.m., **CO-CONSPIRATOR 1** opened the door to the Florida Avenue Garage and **CEDAE HARDY** entered the garage inside K.T.'s vehicle.

5. On April 7, 2023, **CO-CONSPIRATOR 1** arranged to sell K.T.'s BMW to an undercover officer with the Metropolitan Police Department (MPD) for $1,500. At approximately 4:00 p.m. on April 7, 2023, **CO-CONSPIRATOR 1** drove K.T.'s BMW to 1398 Florida Avenue, Northeast, Washington, D.C., and met with two undercover MPD officers. **CO-CONSPIRATOR 1** provided an undercover officer with the keys to K.T.'s BMW in exchange for $1,500.

6. On April 7, 2023, **CO-CONSPIRATOR 1** sent a text message to **CEDAE HARDY**, stating, "U still out," and **CEDAE HARDY** responded, "Yea." Shortly thereafter, **CEDAE HARDY** sent a text message to **CO-CONSPIRATOR 1**, stating, "500 fast shi 300 cool shi Or ofc bag just depends on what I catch." **Co-CONSPIRATOR 1** responded, "Cool sh** 120-160 Fast sh** 180+."

7. The next day, on April 8, 2023, **CEDAE HARDY** and **CO-CONSPIRATOR1** had the following exchange via text message:

| **Date** | **Time** | **From** | **To** | **Message** |
|---|---|---|---|---|
| **4/8/2023** | 5:02 p.m. | **CO-CONSPIRATOR 1** | **CEDAE HARDY** | Let me know when u go outside I can head back to the city |
| **4/8/2023** | 5:03 p.m. | **CEDAE HARDY** | **CO-CONSPIRATOR 1** | I'm outside now you can be on your way. Let's get money my boy |
| **4/8/2023** | 5:04 p.m. | **CO-CONSPIRATOR 1** | **CEDAE HARDY** | That's a bet |

| | | | | |
|---|---|---|---|---|
| **4/8/2023** | 5:04 p.m. | **CEDAE HARDY** | **CO-CONSPIRATOR 1** | Lmk when you inna city |
| **4/8/2023** | 5:23 p.m. | **CO-CONSPIRATOR 1** | **CEDAE HARDY** | I'm Otw to the spot now |
| **4/8/2023** | 5:31 p.m. | **CEDAE HARDY** | **CO-CONSPIRATOR 1** | Bet hit me when you touchdown |
| **4/8/2023** | 5:31 p.m. | **CO-CONSPIRATOR 1** | **CEDAE HARDY** | I'm 5 away |
| **4/8/2023** | 5:38 p.m. | **CEDAE HARDY** | **CO-CONSPIRATOR 1** | Dats a bet I'm boutta get sum & bring it straight to you |

8. Three hours later, on April 8, 2023, at approximately 8:30 p.m., L.P. was sitting inside L.P.'s Mercedes Benz SL550, bearing Maryland license plate 8AD5923, in front of 4801 Russel Avenue, Hyattsville, Maryland, when L.P. was approached by **CEDAE HARDY. CEDAE HARDY** brandished and pointed a firearm at L.P. and demanded L.P.'s car keys and cell phone. L.P. complied, and **CEDAE HARDY** drove away inside L.P.'s Mercedes to Washington, D.C.

9. Approximately 22 minutes later, **CO-CONSPIRATOR 1** and **CO-CONSPIRATOR 2** opened the door to the Florida Avenue Garage and **CEDAE HARDY** entered the garage inside L.P.'s vehicle. **CEDAE HARDY** exited L.P.'s vehicle and **CO-CONSPIRATOR 1** parked L.P.'s vehicle inside the garage.

10. The next day, on April 9, 2023, at approximately 10:25 a.m., D.O. was standing near the passenger door of D.O.'s Dodge Challenger, bearing Florida license plate GIJG40, near 6902 Highview Terrace, Hyattsville, Maryland. D.O. was approached by **CEDAE HARDY**, who brandished and pointed a firearm at D.O. and demanded D.O.'s car keys and cell phone. D.O. provided **CEDAE HARDY** with D.O.'s keys but informed **CEDAE HARDY** that D.O.'s cell phone was inside D.O.'s apartment. **CEDAE HARDY** entered D.O.'s Dodge Challenger and drove away to Washington, D.C.

11. Approximately one minute after **CEDAE HARDY** drove off in D.O's vehicle, **CEDAE HARDY** sent **CO-CONSPIRATOR 1** a text message stating "Call me." Approximately

45 minutes later, **CO-CONSPIRATOR 2** opened the door to the Florida Avenue Garage and **CEDAE HARDY** entered the garage inside D.O.'s vehicle. **CEDAE HARDY** parked D.O.s vehicle and entered 1326 Florida Avenue, Northeast.

12. On April 9, 2023, at 12:31 p.m. and 12:38 p.m., **CO-CONSPIRATOR 1** sent two separate $400 payments to **CEDAE HARDY** via CashApp.

13. On April 10, 2023, **CO-CONSPIRATOR 1** arranged to sell both L.P.'s Mercedes and D.O.'s Dodge Challenger to an undercover officer with MPD for $1,200 and $1,500, respectively. At approximately 5:30 p.m. on April 10, 2023, **CO-CONSPIRATOR 1** met with two undercover MPD officers at the Florida Avenue Garage. **CO-CONSPIRATOR 1** exchanged the keys to D.O.'s Dodge Challenger with one undercover officer for $1,500. **CO-CONSPIRATOR 1** exchanged the key to L.P.'s Mercedes to another undercover officer for $1,200.

14. On April 18, 2023, **CEDAE HARDY** and **CO-CONSPIRATOR 2** had the following exchange via text message:

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 4/18/2023 | 4:40 a.m. | CEDAE HARDY | CO-CONSPIRATOR 2 | You up |
| 4/18/2023 | 4:40 a.m. | CO-CONSPIRATOR 2 | CEDAE HARDY | Yea |
| 4/18/2023 | 4:40 a.m. | CEDAE HARDY | CO-CONSPIRATOR 2 | U still need dat |
| 4/18/2023 | 4:40 a.m. | CO-CONSPIRATOR 2 | CEDAE HARDY | Wat wheeliams |
| 4/18/2023 | 4:40 a.m. | CEDAE HARDY | CO-CONSPIRATOR 2 | Yea |
| 4/18/2023 | 4:41 a.m. | CO-CONSPIRATOR 2 | CEDAE HARDY | Watchu got |
| 4/18/2023 | 4:41 a.m. | CEDAE HARDY | CO-CONSPIRATOR 2 | Nun yet but boutta slide round 6:00 |
| 4/18/2023 | 4:42 a.m. | CO-CONSPIRATOR 2 | CEDAE HARDY | Yea need sum blow sum foreign |
| 4/18/2023 | 4:44 a.m. | CO-CONSPIRATOR 2 | CEDAE HARDY | Lmk sum |

| 4/18/2023 | 4:46 a.m. | CEDAE HARDY | CO-CONSPIRATOR 2 | Gotchu keep your phone near |
|---|---|---|---|---|

15. Later that day, at approximately 11:15 p.m., E.W. was seated inside his vehicle, a Honda Civic bearing Maryland license plate 3FD3084 at 2502 Queens Chapel Road, Hyattsville, Maryland. **CEDAE HARDY** opened the passenger door and sat down in E.W.'s vehicle. **CEDAE HARDY** brandished a firearm and shouted at E.W., but E.W. could not understand **CEDAE HARDY**. E.W. attempted to push **CEDAE HARDY** out of the vehicle, at which point **CEDAE HARDY** fired multiple shots, striking E.W. in the forearm and abdomen. **CEDAE HARDY** then exited E.W.'s vehicle and fled towards Washington, D.C.

16. Immediately after the shooting, **CEDAE HARDY** sent multiple text messages with his location to **CO-CONSPIRATOR 1** as he traveled back to Washington, D.C.

17. On April 23, 2023, at approximately 8:55 p.m., S.V. went to retrieve S.V.'s cell phone from S.V.'s Toyota Highlander bearing D.C. license plate EX8198 in the area of 5700 2nd Street, Northeast, Washington, D.C. **CEDAE HARDY** approached the driver's side door of the Toyota and brandished a firearm and pointed it at S.V.'s chest. **CEDAE HARDY** stated, "Give me your keys and phone or you will die." S.V. complied and **CEDAE HARDY** entered S.V.'s Toyota and drove away.

18. Approximately 55 minutes later, an unidentified individual opened the door to the Florida Avenue Garage and **CEDAE HARDY** entered the garage inside S.V.'s Toyota. **CEDAE HARDY** parked S.V.'s vehicle and entered 1326 Florida Avenue Northeast.

19. On April 27, 2023, **CO-CONSPIRATOR 1** arranged to sell S.V.'s Toyota Highlander along with another carjacked vehicle to an undercover MPD officer. At approximately 1:30 p.m. two undercover officers met **CO-CONSPIRATOR 1** at the Florida Avenue Garage.

**CO-CONSPIRATOR 1** exchanged the keys to S.V.'s Toyota and the keys to a carjacked BMW for a total of $3,800.

(**Conspiracy to Commit Carjacking**, in violation of Title 18, United States Code, Section 371)

**COUNT TWO**

On or about April 7, 2023, in the District of Columbia, the defendant, **CEDAE HARDY**, took a motor vehicle, to wit: a BMW 7 Series with Virginia license plate TWV8104, that had been transported, shipped, and received in interstate and foreign commerce, from the person or presence of K.T., by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119)

**COUNT THREE**

On or about April 7, 2023, within the District of Columbia, the defendant, **CEDAE HARDY**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and did possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count Two of this Indictment, which is incorporated herein, a firearm.

(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

**COUNT FOUR**

On or about April 8, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, took a motor vehicle, to wit: a Mercedes SL550 with Maryland license plate 8AD5923, that had been transported, shipped, and received in interstate and foreign commerce, from the person or presence of L.P., by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119)

**COUNT FIVE**

On or about April 8, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and did possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count Four of this Indictment, which is incorporated herein, a firearm.

(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

**COUNT SIX**

On or about April 8, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, did unlawfully transport, transmit, and transfer in interstate commerce, stolen goods and money valued at over $5,000, to wit, a Mercedes SL550 with Maryland license plate 8AD5923, knowing the same to have been stolen, converted, and taken by fraud.

(**Interstate Transportation of Stolen Property**, in violation of Title 18, United States Code, Section 2314)

**COUNT SEVEN**

On or about April 8, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, did receive, possess, conceal, store, barter, sell, or dispose of a stolen motor vehicle, that is, a Mercedes SL550 with Maryland license plate 8AD5923, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on April 8, 2023, in Hyattsville, Maryland, and subsequently brought into the District of Columbia, knowing the same to have been stolen.

(**Sale or Receipt of a Stolen Vehicle**, in violation of Title 18, United States Code, Sections 2313, and 2)

**COUNT EIGHT**

On or about April 9, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, took a motor vehicle, to wit: a Dodge Challenger, with Florida license plate GIJG40, that had been transported, shipped, and received in interstate and foreign commerce, from the person or presence of D.O., by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119)

**COUNT NINE**

On or about April 9, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and did possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count Eight of this Indictment, which is incorporated herein, a firearm.

(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

**COUNT TEN**

On or about April 9, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, did unlawfully transport, transmit, and transfer in interstate commerce, stolen goods and money valued at over $5,000, to wit, a Dodge Challenger, with Florida license plate GIJG40, knowing the same to have been stolen, converted, and taken by fraud.

(**Interstate Transportation of Stolen Property**, in violation of Title 18, United States Code, Section 2314)

**COUNT ELEVEN**

On or about April 9, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, did receive, possess, conceal, store, barter, sell, or dispose of a stolen motor vehicle, that is, a Dodge Challenger, with Florida license plate GIJG40, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on April 9, 2023, in Hyattsville, Maryland, and subsequently brought into the District of Columbia, knowing the same to have been stolen.

(**Sale or Receipt of a Stolen Vehicle**, in violation of Title 18, United States Code, Sections 2313, and 2)

**COUNT TWELVE**

On or about April 23, 2023, in the District of Columbia, the defendant, **CEDAE HARDY**, took a motor vehicle, to wit: a Toyota Highlander bearing D.C. license plate EX8198, that had been transported, shipped, and received in interstate and foreign commerce, from the person or presence of S.V., by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119)

**COUNT THIRTEEN**

On or about April 23, 2023, in the District of Columbia, the defendant, **CEDAE HARDY**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and did possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count Twelve of this Indictment, which is incorporated herein, a firearm.

(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence,** in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

**COUNT FOURTEEN**

On or about May 26, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, took a motor vehicle, to wit: an Audi Q3 bearing Maryland license plate 5EM5425, that had been transported, shipped, and received in interstate and foreign commerce, from the person or presence of I.S., by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119)

**COUNT FIFTEEN**

On or about May 26, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and did possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count Fourteen of this Indictment, which is incorporated herein, a firearm.

(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

**COUNT SIXTEEN**

On or about May 26, 2023, within the District of Columbia and elsewhere, the defendant, **CEDAE HARDY**, did unlawfully transport, transmit, and transfer in interstate commerce, stolen goods and money valued at over $5,000, to wit, an Audi Q3 bearing Maryland license plate 5EM5425, knowing the same to have been stolen, converted, and taken by fraud.

(**Interstate Transportation of Stolen Property**, in violation of Title 18, United States Code, Section 2314)

**COUNT SEVENTEEN**

On or about June 14, 2023, in the District of Columbia, the defendant, **CEDAE HARDY**, took a motor vehicle, to wit: a BMW X3 with District of Columbia license plate GU2766, that had been transported, shipped, and received in interstate and foreign commerce, from the person or presence of M.G., by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119)

**COUNT EIGHTEEN**

On or about June 14, 2023, within the District of Columbia and elsewhere, **CEDAE HARDY**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and did possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count Eight of this Indictment, which is incorporated herein, a firearm, namely, a Glock 17 9mm semi-automatic firearm.

(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

**FORFEITURE ALLEGATION**

1. Upon conviction of any of the offenses listed in Counts 1, 2, 4, 7, 8, 11, 12, 14 and/or 17 of this Indictment, the defendant shall forfeit to the United States any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of these violations, pursuant to Title 18, United States Code, Section 982(a)(5) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of these violations.

2. Upon conviction of any of the offenses listed in Counts 3, 5, 9, 13, 15 and/or 18 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to a Glock 17 9mm semi-automatic firearm (serial number BCBT) and 9mm ammunition.

3. Upon conviction of either of the offenses listed in Counts 7 and/or 11 of this Indictment, the defendant shall forfeit to the United States any firearms and ammunition found in the possession or under the control of the defendant at the time of his arrest, including but not limited to a Glock 17 9mm semi-automatic firearm (serial number BCBT) and 9mm ammunition, pursuant to Title 18, United States Code, Section 3665 and Title 28, United States Code, Section 2461(c).

4. Upon conviction of any of the offenses listed in Counts 6, 10 and/or 16 of this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses.

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(5), 3665, and 924(d)); and Title 28, United Sates Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Matthew M. Graves /MJ

Attorney of the United States in and for the District of Columbia