# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|   v. | )   No. 23-CR-296-1 (RJL) |
| | ) |
| CEDAE HARDY, | ) |
| | ) |
|        Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Attorney Christina Raskin on behalf of the defendant, Cedae Hardy, in the above captioned matter.

                Respectfully submitted,

                CHRISTINA RASKIN
                ATTORNEY AT LAW

                /s/*Christina Raskin/s/*
                CHRISTINA RASKIN
                Co-Counsel for Cedae Hardy
                1300 I Street, NW
                Suite 400 E
                Washington, D.C. 20005
                (202) 445- 9479
                christinaraskin@verizon.net